## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

Hussein Hazime (Individual), Timeless
 Mattresses LLC, a Michigan Corporation,
M & R Appliance and Mattresses LLC, a Michigan
Corporation, Rima Abou-Alayoui (Individual),
Hassan's Shop Inc, a Michigan Corporation and
Hassan Hazime (Individual).
        **Plaintiffs,**

**vs.**                                      **Case:**
                                                   **Hon:**

FOX TV Stations, Inc. d/b/a
Fox 2 news and WJBK
        **Defendant,**
_____/

El Kodssi Law Firm, P.C.
Hayssam El Kodssi P68565
10800 W. Warren Ave, Ste 220
Dearborn, MI 48126
313-406-5013
elkodssi@msn.com
_____/

## **COMPLAINT**

## **JURY TRIAL DEMANDED**

      Plaintiffs by their attorneys, Hayssam EL Kodssi P68565, El Kodssi Law Firm. P.C., for

their Complaint against Defendant FOX TV Stations, Inc., alleges as follows:

## **NATURE OF THE ACTION**

1- By this action, Plaintiffs seek to recover damages for defamatory statements made by FOX

TV Stations, Inc. Plaintiffs are individuals and family-owned businesses. FOX TV Stations,

Inc. made defamatory statements in numerous reports which contained serious

inaccuracies, and falsehoods were transmitted in the contents. The Defendant implied that

mattresses used in the Plaintiffs' businesses are contaminated with bed bugs and that Plaintiffs are defrauding their customers by selling used mattresses as new. The Defendant's actions caused injury to the Plaintiffs' business and personal reputation.

## JURISDICTION AND VENUE

2- This Court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

3- This Court has personal jurisdiction over Fox 2 News pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and La. Rev. Stat. § 13:3201. Fox news transacts continuous and systematic business in Michigan and in this judicial district and its defamatory statements were continuously transmitted in this judicial district.

4- Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) and (b)(3).

## THE PARTIES

5- Defendant FOX TV Stations, Inc. (hereafter Fox News) is a company with headquarters in New York, and it does business in the State of Michigan.

6- Plaintiff Hussein Hazime is an individual, a Michigan resident.

7- Plaintiff Timeless Mattresses LLC is a Michigan corporation.

8- M & R Appliance and Mattresses LLC is a Michigan corporation.

9- Rima Abou-Alayoui is an individual, a Michigan resident.

2

10- Hassan's Shop Inc. is a Michigan corporation.

11- Hassan Hazime is an individual, a Michigan resident.

## **BACKGROUND**

12- Plaintiffs are private figures and family-owned businesses, mainly engaged in the business of selling refurbished mattresses.

13- Under the Federal and State laws, used mattresses can be resold as long as they meet certain requirements regarding labeling and processing..

14- Plaintiffs complied with the regulations and every mattress sold in the Plaintiffs' establishments is affixed with a yellow label reading, **"This article of bedding consists of in whole or in part SECOND HAND MATERIAL"** in large font capitalized and bolded. **Please see Exhibit  A**

15- In addition these mattresses are sanitized and/ or disinfected before sale.

16- These mattresses are sold as used mattresses and/or refurbished mattresses.

17- Each receipt contains an acknowledgment signed by the customer that the mattress sold is used. **please see exhibit  B**

***News report & headlines that contains defamatory statements and/or by implication*, *precise false statements made***

18- On or about July 25 2012, on a 6:00 P.M. edition of its broadcast "Action News," Fox News ran a report about the Plaintiffs' refurnished mattress businesses.

19- The story was reported both on television (TV) and on the Internet.

20- The story as reported on TV and Internet stated and/or implied that the Plaintiffs are defrauding their customers by claiming that their mattresses are sold as new.

21- Fox News implied numerous times that Plaintiffs are selling these beds to the public as being new.

22- The Story as reported on TV and Internet stated and/or implied that the Plaintiffs are selling mattresses that contain bed bug.

23- The story as reported on TV and Internet stated and/or implied disparaging untrue remarks regarding the title to property or its characteristics.

24- The story as reported on TV and Internet stated and/or implied that the Plaintiffs are defrauding the public by hiding the labels.

25- Defendant made, or allowed to be made, certain false statements, insinuations, implications and/or innuendos that plaintiffs were illegally and/or improperly operating their businesses, including but not limited to fooling their customers, selling beds that contains bed bugs, selling these bed as new, fooling the customers by hiding the labels; that they were involved in unprofessional and/or unethical and/or unworkmanlike business practices; and Defendant's use of headlines and backdrops presented on its broadcast defendant indicated that Plaintiffs were involved in a building scam.

26- In particular, Fox News used the following defamatory title for its story: **"_Dirty little mattress secret uncovered_"** . **Please see Exhibit C.**

27- Also another headline states "**_It look like a new bed_ when you open it there was something**

4

*inside that could <u>give you nightmares</u>*" **Please see Exhibit C.**

28- A third headline states: "***It's a Problem Solver story that <u>gave people the creeps -- an</u> <u>exposé of the refurbished mattress business</u>***". Please see Exhibit C.

29- A fourth headlines states:  "**Problem Solver Rob Wolchek takes you inside a mattress factory in suburban Detroit, and <u>what you'll see will have you tossing and turning all night</u>**" Please see Exhibit C.

30- Channel 2 Fox News broadcasted a follow-up story that included these statements: "**<u>She thought that she was buying a new mattress, and she said the new-looking mattress has bed bugs in it, and it turned out they're not new mattresses; they're old beds.</u>**"

31- . The story continues to say, "Her name is Dell and she is a victim in my story "**<u>She said that her mattress contained bed bugs, and the second also contained bed bugs.</u>**"

32- The report states that **<u>they look like new beds, and you'll think they are new beds.</u>**

33- The story called Dale **<u>a victim</u>** and stated that the Plaintiffs **<u>sold her the beds as new</u>**.

34- Fox News reported the story with malice and/or reckless disregard for truth or falsity, as Fox News was told that all customers sign acknowledgments that Plaintiffs' mattresses are refurbished.

35- Fox News maliciously disregarded information that Dale in fact knew that the purchased mattresses were refurbished and that acknowledged same on the receipt. **<u>PLEASE SEE EXHIBIT B.</u>**

36- Fox news was told that Dale in fact knew that the purchased mattresses were refurbished

37- At the end of the report, one of the cast says that "**they have heard from many people about bed bug infestation and it's a nightmare.**"

38- Bed bugs were mentioned five times in one report, seven times on the second report. These reports were repeated throughout the day on the news and were posted on the Internet.

39- Fox News targeted the Plaintiffs personally, naming them with address and phone numbers.

40- Fox News was promoting other businesses like Jeff Scheuer's (hereafter referred to as Scheuer) Mattress to Go and Gardner White.

41- Rob Wolchek (reporter from Fox News hereafter referred to as Wolchek) falsely reported the story and was actually promoting Mattress to Go.

42- Wolchek stated in his report "his name is Jeff and after seeing my story he wanted to make sure that dale' family went to sleep every night knowing that **their bed is new, inside and out**."

43- Again Wolchek stated that "this is one happy family all thanks to a guy **named Jeff from Mattress to Go.**"

44- **Scheuer's name is mentioned nine times.**

45- Wolchek then stated that Schuever "**DOESN'T EVEN WANT ANY PUBLICITY,**" just before stating that his shop is in Shelby Township.

46- On August 8 Scheuer  tweeted **"Special Hours Reminder: Closing at 6pm tonight to**

6

**donate mattresses in Detroit with Rob Wolchek of Fox 2 Detroit".**

47- On August 9 Scheuer tweeted **"Two of the used mattresses we replaced for a very nice family in Detroit yesterday**" and on the same day**: "Great time donating mattresses last night in Detorit with @robwolchek and Fox 2 News. Kids loved their new beds!"**

48- On August 10 tweeted **"Everybody asking about that Fox 2 News Problem Solver report on mattresses. Thanks @robwolchek for the good work!"**

49- Wolchek tweeted back on August 10 **"The mattress update story is scheduled Monday night on @ FOX2 NEWS at 10. See you on TV."**

50- Scheuer tweeted on August 11,  "**Watch Fox 2 News Monday night at 10 pm. Rob Wolchek reports on us donating some mattresses in Detroit. Everyone at Fox 2 was awesome!"**

51- August 13: "**Watch us tonight! Fox 2 News, 10 pm. Than Looks like we might be on the 6pm Fox 2 News tonight instead of 10 pm. Than just gave nice "tease" for the 10PM Fox 2 News Problem Solver piece on our mattress donation. I was... http://fb.me/1sqPDNIdH ."**

52- August 13: "**Thanks @robwolchek and everyone at Fox 2 News for the great story on our mattress donation! I'm glad that Robert... http://fb.me/23PgC7bcV"**

53- August 14: "**Here's the Fox 2 News story that mentions our mattress donation. Thanks to Rob Wolchek and the Fox 2 News Problem... http://fb.me/2kAUwwksL"**

54- August 14, Wolchek: **"Thanks for helping that family out, Jeff. Story will air later today at five as well."**

7

55- Fox News tweeted, "**Family helped after Fox 2 exposé on refurbished mattresses http://fb.me/Cgdzw15S ."**

56- August 14: "**Fox 2 News mattress story aired again at 5. Phones ringing off the hook. Thank you everyone for the kind words!".**

57- Scheuer was also promoting these reports and his donations also on **YOUTUBE and his website PLEASE SEE EXHIBIT D**

58- Fox News also promoted Gardner White, a huge sponsor on Fox 2 Television.

59- Gardner White has a big promotion on Fox News that provides free new mattresses for the public that states, "Want to sleep better? Enter the Gardner White Dream Team Contest for your chance to win a new mattress set. Entering the contest is easier than counting sheep. A random drawing determines the winner. The more times you enter, the better your odds of winning. Winners will be announced on FOX 2 News Weekend on Saturday mornings."

60- These reports inflamed hatred among the viewers. Some of them posted on a b blog on Fox News' website which states: **"Those muslim fellas wouldn't give a krap who they sell that Insert-A-Pee-Dic Love-Stain Mattress to. Al they care is their making money and sendin' half of to some Islamic Combat training Camp"**. **PLEASE SEE EXHIBIT E**

61- One of the viewers burned down of the Plaintiff's store.

62- An angry viewer entered the store with a shot gun a started yelling than aimed his gun at the mattresses and began shooting in the store

63- One  of the store closed down on Plymouth Rd 30295, Livonia

64- The store on Livernois was shut down and started new business.

65- The Plaintiffs suffered tremendous loss because of Defendant's actions.

66- Plaintiffs still receive threats all the times.

### *The Truth*

67- The yellow label attached to the refurbished beds states, "This article of bedding consists of in whole or in part SECOND HAND MATERIAL", in large font, capitalized and bolded.

68- The yellow label is placed underneath the white label ONLY because the yellow label is of bigger size. If the yellow label was placed in front the white label will disappear from view.

69- Plaintiffs' mattresses are sanitized and/or disinfected before sale and do NOT contain bed bugs.

70- These mattresses are sold as used mattresses and/or refurbished mattresses.

71- Each receipt contains a prominent warning that the mattress sold is used or refurbished.

72- There is NO "Dirty little mattress secret", and there should be NO exposé of the refurbished mattress business" as to Plaintiffs.

73- Plaintiffs' mattresses were NOT sold as new beds.

74- The Plaintiffs are NOT defrauding the public.

75- The so-called "victim" Del knew that she was buying refurbished mattresses, as she signed an acknowledgment stating such.

76- Fox news was told that the mattresses were sold to the public as used.

9

77- Wolchek was promoting Mattress to Go.

78- Jeff Scheuer did in fact want publicity.

***Demand for retraction***

79- Plaintiff has demanded a retraction on two occasions before the filing of this lawsuit with sufficient to time to allow the retraction, and Defendant has failed and refused to issue a retraction.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

### Defamation Per Se – Injury to Professional/Business Reputation

80- Plaintiffs repeat and re-allege the allegations set forth in previous paragraphs.

81- Statements and publications described herein ("Statements") concerning the Plaintiffs were false.

82- Statements were widely published and not privileged in any manner especially when they targeted specific named business with addresses.

83- Statements were made with reckless disregard of their truth or falsity and/or with malice.

84- Statements were slanderous per se because they injure Plaintiffs' professional reputation.

85- Statements forever falsely taint and permanently damage the Plaintiffs in the eyes of

public, and intentionally attempt to injure. People that received these reports will forever relate Plaintiff's refurbished mattresses with bed bugs and a scam.

## SECOND CLAIM FOR RELIEF

### Defamation Per Se – Injury to Personal Reputation

86- Plaintiffs repeat and re-allege the allegations set forth in previous paragraphs as if fully set forth at length herein.

87- Statements concerned the Plaintiffs and were false.

88- Statements were widely published and not privileged in any manner. They targeted named persons and businesses, and did NOT affect public interest.

89- Statements were made with reckless disregard of their truth or falsity and/or with malice.

90- Statements were slanderous per se because they injure Plaintiff's personal reputation.

91- Statements forever falsely taint and permanently damage Plaintiffs  in the eyes of public and intentionally attempt to injure the Plaintiffs. Plaintiffs have devoted their life savings. Defendant's statements permanently damage Plaintiffs' personal reputations in Michigan and around the U.S. They are facing difficulties in selling mattresses and entering into new ventures as a result of Defendant's false and defamatory statements.

## THIRD CLAIM FOR RELIEF

### False Light

92- Plaintiffs repeats and re-alleges the allegations set forth in previous paragraphs as if fully

11

set forth at length herein.

93- There has been misappropriated use of, or physical intrusion into, the private life, employment, property, name, likeness, or other personal place or interest.

94- The privacy action is premised solely upon a false disclosure of legitimate business and being put publicly in a "false light".

95- The oral communication was broadcast to the public in general or publicized to a large number of people

## FOURTH CLAIM FOR RELIEF

### Defamation by Implication

96- Plaintiffs repeat and re-alleges the allegations set forth in previous paragraphs as if fully set forth at length herein.

97- The series of stories injured the reputations of Plaintiffs as the same represented a false portrayal, implication, imputation and/or insinuation.

98- Material omissions from reports of true facts created a defamatory impression.

99- The published statements so distorted the truth as to make the entire article false and defamatory.

100-  The combinations of individual statements made by Fox led the viewers to draw an inference that is damaging to the plaintiff.

12

101- Fox News' reports on the mattresses as a whole falsely implied that plaintiffs were defrauding the public.

102- The layout of the Fox News reports, including interviews and headlines, as well as the repetition of certain words such as "bed bugs," "selling these beds as new," and indeed certain specific statements, contribute to the overall implication. It imputes to the Plaintiffs fraud, deceit, dishonesty, or reprehensible conduct in its business in relation to said goods or products.

103- Fox News published facts in such a way as to create a substantially false and defamatory impression through omitted or juxtaposed material facts.

## FIFTH CLAIM FOR RELIEF

### Defamation – Reckless Disregard/Malice

104- Plaintiffs repeat and re-alleges the allegations set forth in previous paragraphs as if fully set forth at length herein.

105- Statements concerned Plaintiffs and were false. Statements were widely published and not privileged in any manner.

106- Statements were made with reckless disregard of their truth or falsity and/or with malice.

107- Fox News had no reasonable grounds for believing the truth of its Statements. It relied on, at best, hearsay, circumstantial evidence and lies in making the Statements.

108- Fox News in fact entertained serious doubts concerning the truth of the statements

13

published.

109- Statements forever falsely taint and permanently damage the public reputation of
Plaintiffs.

## SIXTH CLAIM FOR RELIEF

## Claim of Tort/Negligence

110- Plaintiffs repeat and re-alleges the allegations set forth in previous paragraphs as if fully
set forth at length herein.

111- Fox News owes a duty of reasonable care to the subjects of its stories.

112- .Fox News breached this duty of care when it published Statements that were untrue.

113- It was foreseeable that some of the viewers will become angry and cause harm.

114- There is a causal relationship between the reports and the arson committed against the
Plaintiffs, in addition to the injury of their public reputation.

115- The Arson will never occurred but for these defamatory statements.

116- Fox News should NOT use its position to promote hatred.

117- There is no reason to treat the press with scrutiny different than other professional
activities to prevent future harm.

118- Fox News' actions are unconscionable.

## SEVENTH CLAIM FOR RELIEF

14

## Claim of legal fees and costs- Injurious Falsehood

119- Plaintiff repeats and re-alleges the allegations set forth in previous paragraphs as if fully set forth at length herein.

120- Plaintiffs requests the recovery of legal fees and costs.

## EIGHTH CLAIM FOR RELIEF

## Injurious Falsehood/Tortious interference with an advantageous economic relationship and tortious interference with an economic relationship-Business defamation/defamation per se

121- Plaintiffs repeat and re-alleges the allegations set forth in previous paragraphs  as if fully set forth at length herein.

122- Plaintiffs repeat and re-alleges the allegations set forth in previous paragraphs as if fully set forth at length herein.

123- Fox News' reports intended to result in harm to interests of the Plaintiffs property and products.

124- Fox News knew that the statement is false or acted in reckless disregard of its truth or falsity.

125- Fox News made derogatory or disparaging communications regarding the title to property or its quality of the Plaintiffs

126- Fox News interfered with an economically advantageous relationship which results in pecuniary loss rather than an action that directly affects property.

127-  Fox News disparaged the Plaintiffs' business by reflecting upon its existence or character, the manner in which it is conducted, its employees.

128-  Fox News' statements deter viewers from dealing with the Plaintiffs.

129-  Fox News caused severe damages to the Plaintiffs.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs seeks judgment as follows:

130-  Awarding Plaintiffs all compensatory damages he has suffered, including consequential and incidental damages, as a result of Defendant's wrongful conduct in an amount to be determined at trial;

131-  Awarding Plaintiffs punitive damages in a just amount for Defendant willful and wanton conduct;

132-  Awarding Plaintiffs pre-judgment and post-judgment interest;

133-  Awarding Plaintiffs his costs, expenses and attorney's fees incurred in connection with this action; and

134-  Awarding Plaintiffs such other relief as the Court finds just and proper.

Respectfully Submitted,

/s/Hayssam El Kodssi

Hayssam E Lkodssi P68565
10800 W. Warren Ave, Ste 220
Dearborn, MI 48126
313-406-5013
elkodssi@msn.com

16

# EXHIBIT

# A





myFOXdetroit.com

FOLLOW US
MEMBER CENTER: Create Account | Log In

75° Monroe Cloudy

Get the Weather App

Site Web Search...

HOME | NEWS | WEATHER | TRAFFIC | MORNINGS | ENTERTAINMENT | SPORTS | MONEY | JOB SHOP | HEALTH | ABOUT US | CONTESTS

## DIRTY LITTLE MATTRESS SECRET UNCOVERED

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!

### NEWS VIDEO

Metro Detroiters help Isaac victims
02:03

Deadly plane crash Brighton
01:36

Alan Lee reports from jazz fest (Video)
06:43

Man accused of sexually assaulting boy did good in the community (Video)
01:48

Deaf community sharing their world at Ford Arts, Beats & Eats (Video)
03:08

Off the Chain: Dirty Harry (Video)
03:35

◄ PREVIOUS 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 NEXT ►

SEARCH GO ►

## How to talk to your kids when money is tight

MARKETPLACE ADS
Sponsored Links

RECOMMENDED VIDEOS by Taboola

### ALL AP VIDEO

Fact Check: Paul Ryan ignores parts of his own record
02:14

Drought causes shortage in Wis. cow chip throw
01:44

Officials may breach levee as Isaac storms inland
01:29

Republicans ready to roll, but Isaac clouds tone
01:40

◄ PREVIOUS 1 | 2 | 3 NEXT ►

MOST POPULAR
Detroit family needs help to bury teen killed by suspected drunk driver

Three men charged in deadly shooting on Southfield
Service Drive

Detroit Rapper Young Cartier says he's not a
squatter

Mother found stabbed to death in Dearborn Heights

[?]

**FROM AROUND THE WEB**

Random Acts of Fusion: Joel McHale Gets an
Unexpected Delivery  (Random Acts Of Fusion)

These 4 Things Happen Right Before a Heart Attack
(Newsmax.com)

MetroPCS unveils $55 unlimited 4G plan and new
4G phone  (CNET)

[?]

**MARKETPLACE ADS**

**Woman is 53 But Looks 27**
53/YO Mom reveals a simple wrinkle trick
that has angered doctors...
www.ConsumerLifestyleMag.com

**Job Posting - $300/Day**
Detroit: Work from Home. Make Your Own
Schedule. $2000/Week.
Finance-Reporting.org

**7 veggies that KILL fat**
Surprising foods that boost your metabolism
TruthAboutAbs.com

**Buy a link here**



**FEEDBACK**

Contact Us


We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**MOBILE + APPS**

Fox 2 Mobile Apps


This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**COMMUNITY**

Community


Get involved with the Fox 2 Problem Solver partners.

**WJBK-TV | Fox 2**
**16550 West Nine Mile Rd.**
**Southfield, MI 48075**

**Main Station: (248) 557-2000**
**Newsroom: (248) 552-5103**

DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE                    SEARCH

All content © Copyright 2000 - 2012 WorldNow and WJBK. All Rights Reserved.

Privacy Policy | Terms of Service | Ad Choices

# EXHIBIT

# B

# HASSAN SHOP

*We Sell Mattresses, Appliances & More*

14040 Livernois
DETROIT, MICHIGAN 48238
(313) 883-4444
**All Sales Are Final • No Refunds**

DATE: 2-28-2012

ADDRESS: 15870 Heartwell

CITY/ZIP: Detra michigan

PHONE: (313) 978-8987

☐ King: _____   ☐ Other: $2.25.00

☐ Queen: _____

☒ Full  2×5 2.00   Sales Tax: 18

☐ Twin: _____   Total: 583.00

Comments: _____

- All Mattresses are rebuilt / Reconditioned
- Store Does Not Assemble
- Store Not Responsible For Damage
- No Warranty on Fabric

*DELIVERY AVAILABLE*

For Emergency: 313 615-1222

Signature *Delmetia Nathan*

**Nº  1461**   *Thank You*   Discovery Printing & Signs (313) 441-0000

# EXHIBIT

# C



33RD ANNUAL
AUGUST 31 – SEPTEMBER 3, 2012
LABOR DAY WEEKEND
detroit JAZZ FESTIVAL

FOLLOW US        76°  Pontiac        Get the        Site
MEMBER CENTER: Create Account | Log In      Cloudy        Weather App        Web        Search...

HOME | NEWS | WEATHER | TRAFFIC | MORNINGS | ENTERTAINMENT | SPORTS | MONEY | JOB SHOP | HEALTH | ABOUT US | CONTESTS

# Dirty little mattress secret uncovered

Like  299 people like this.              Share |        |        Print

*Posted: Jul 25, 2012 9:48 PM EDT*
*Updated: Jul 25, 2012 10:56 PM EDT*

**By Rob Wolchek** - email



SOUTHFIELD, Mich. (WJBK) - You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!  There is nothing like a good night's sleep, but before you hit the pillow, you need to see this report.

We bought a custom made bed from a store in Detroit.  It looks brand new in the package, but when we cut it open, there was something inside that could give you nightmares.

Problem Solver **Rob Wolchek** takes you inside a mattress factory in suburban Detroit, and what you'll see will have you tossing and turning all night.

*Click on the video player to watch Rob's report.*

### YOU MIGHT BE INTERESTED IN

Vaughn spent $5K at strip club days before family's death  *(MyFox Detroit)*

Medical examiner in Peterson trial: 'It was a homicide'  *(MyFox Detroit)*

Mother found stabbed to death in Dearborn Heights  *(MyFox Detroit)*

Police in Ann Arbor take call about prostitution price dispute  *(MyFox Detroit)*

Hall of Shame: Richard Gosselin out of jail and trying to collect rent  *(MyFox Detroit)*

Fire destroys several units at Clinton Township apartment complex  *(MyFox Detroit)*

### FROM AROUND THE WEB

MetroPCS unveils $55 unlimited 4G plan and new 4G phone  *(CNET)*

"Seacrest Out? More Like McHale In."  *(Random Acts Of Fusion)*

Instapaper Stats May Have Outted New iPad "Mini"  *(redOrbit)*

What Successful People Do With The First Hour Of Their Work Day  *(Fast Company)*

Middle School 'Mean Girls' Face Felony Charge For Fake Facebook Account  *(Forbes.com)*

Beyonce's Daughter Blue Ivy Carter Shows Us Her Cheeks  *(Pop Dust)*

[?]

RECOMMENDED VIDEOS                         by Taboola


WIN A $50,000 HOME MAKEOVER!
CLICK A GEM!

**MARKETPLACE ADS**

Woman is 53 But Looks 27
53/YO Mom reveals a simple wrinkle trick that has angered doctors...
www.ConsumerLifestyleMag.com

Job Posting - $300/Day
Detroit: Work from Home. Make Your Own Schedule. $2000/Week.
Finance-Reporting.org

7 veggies that KILL fat
Surprising foods that boost your metabolism
TruthAboutAbs.com

**Buy a link here**

**HALL OF SHAME**

### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig.  He's a landlord.



### Family helped after Fox 2 exposé on refurbished mattresses
*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business.  A Detroit family is now getting some help thanks to our story.



### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*
He's accused of bilking tens of thousands of dollars from innocent people.  Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



**Dirty little mattress secret uncovered**

14 comments

Add a comment...

Comment


**Wendy Winger**
Humm.....you know all the signs you see on street corners advertising cheap mattresses? You just may want to keep heading down the road. YUCK!
Reply · 9 · Like · July 25 at 8:22pm


**Wendy Alley**
Oh I saw that!!!! Made me want to go rip mine apart and check LOL But mine is already over 20 yrs old LOL so I think I'm safe.....but ya never know nowadays....just simply GROSS!! and it's not illegal??? What's with that??? Maybe it should be ya think?
Reply · Like · July 25 at 8:27pm


**Jennifer Burns**
Ewwwww. I couldn't watch the report it was too gross and I'm in the market for a mattress for two rooms ewwwwwwww. Maybe sleep on a bamboo mat instead lol
Reply · Like · July 25 at 8:37pm


**Claire Sherman Miller**
good to know for sure... we will be buying a new mattress in the near future ... so guess we'll go to a Art Van or Gardner White
Reply · 3 · Like · July 26 at 5:48am

View 1 more


**Chris Boyd** · Works at Self proclaimed billionaire
They always seem to find a way to screw over the American public. Trust me this isn't the first time ive seen it anything they can refurbish to make look new, They will.
Reply · 2 · Like · July 26 at 9:49am


**Ron Herkness Jr**
that's why I never buy a new mattress unless its from a reputable dealer....ive heard of this happening to people.
Reply · 2 · Like · July 25 at 8:32pm


**Christina Haidy** · Walsh College
You know-- it finally makes sense why anyone would trash-pick my queen bed in 2007. It had been raining, and my ex-husband chews & it was stained with chew. The springs were shot. I could not understand who would want that!! I bought my new one Costco. I would highly recommend their beds.
Reply · 4 · Like · July 25 at 9:35pm


**Bobbie Fearer** · Whitmore Lake High School
Gross! Glad I bought my pillow top at art van! LOL
Reply · 3 · Like · July 25 at 9:36pm


**Ron Herkness Jr**
I only buy my beds from art van
Reply · 1 · Like · July 25 at 9:49pm

View 2 more


**Theresa Brodie**
That is so gross. Thanks for the report, Rob. Now I can't sleep. This should be illegal. horrible
Reply · 2 · Like · July 25 at 9:19pm

**Shimika Greatlakeruler Turner** · Sanford-Brown · 102 subscribers
Ughhhhhh(^_)
Reply · 1 · Like · July 25 at 7:50pm

**Donna Maclin** · Top Commenter
This is nasty as HELL! Bedbugs are one thing but other people's fluids are on it most likely too. O.O bURN MARKS? WHAT ELSE? These people are making a killing off of discarded mattress that most likely we been picked up off the street during bulk day. I thought it was illegal to take those tags off that really come from the manufacturer anyway. Either way, NASTY!
Reply · 1 · Like · July 25 at 10:24pm

**Alan Moore** · Top Commenter · Harman International

---

**Dirty little mattress secret uncovered**
Updated: Jul 25, 2012 10:56 PM EDT

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!

**Wolchek plays with Sponge after getting results for guitarist**
Updated: Jul 13, 2012 10:37 PM EDT

Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined. Friday night, he got to play his guitar with the band onstage.

**4-year-old boy puts Shark Lift-Around vacuum to the test**
Updated: Jul 02, 2012 10:40 PM EDT

You want to get your house clean, but don't feel like bringing out the bulky old Hoover. Now there's a new vacuum that claims to put the power of an upright into the palm of your hands. Rob Wolchek puts it to the test.

**Attorney: Ethos Insurance customers being offered refunds**
Updated: Jun 26, 2012 8:08 PM EDT

A man charged with selling bogus auto insurance now says he wants to do the right thing. He's giving his customers their money back.

**Investor boy charged with 8 felonies**
Updated: Jun 19, 2012 10:42 PM EDT
Problem Solver Rob Wolchek exposed him as a greedy schemer who was in a lot of financial trouble. Now, he's in legal trouble, too.

**Auto insurance big cheese Don Diamond facing charges**
Updated: Jun 19, 2012 6:09 AM EDT
Hundreds of Detroiters were driving without auto insurance last summer and they didn't even know it, that is until Problem Solver Rob Wolchek busted a bad insurance scheme.

**Piano, furniture go missing from Livonia consignment shop**
Updated: Jun 06, 2012 11:27 PM EDT
A woman was trying to sell her piano on consignment, but it disappeared and the new owners of the consignment shop say they don't know what happened to it. She's not the only on missing something.

**More>>**



**ROB WOLCHEK**

### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig.  He's a landlord.



### Family helped after Fox 2 exposé on refurbished mattresses
*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business.  A Detroit family is now getting some help thanks to our story.



### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*
He's accused of bilking tens of thousands of dollars from innocent people.  Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



### Dirty little mattress secret uncovered
*Updated: Jul 25, 2012 10:56 PM EDT*
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!



### Wolchek plays with Sponge after getting results for guitarist
*Updated: Jul 13, 2012 10:37 PM EDT*

Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined.  Friday night, he got to play his guitar with the band onstage.

**More>>**




Fox Automotive
Rochester Hills
SPECIAL OFFERS !!
866-884-4258          866-578-0189

FEEDBACK                                    MOBILE + APPS                                    Community

**Contact Us**
We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**Fox 2 Mobile Apps**
This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**Community**
Get involved with the Fox 2 Problem Solver partners.

**WJBK-TV | Fox 2**
16550 West Nine Mile Rd.
Southfield, MI 48075

Main Station: (248) 557-2000
Newsroom: (248) 552-5103

## DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE                                    SEARCH

All content © Copyright 2000 - 2012 WorldNow and WJBK. All Rights Reserved.
Privacy Policy | Terms of Service | Ad Choices



+Hayssam Search Images Maps Play YouTube News Gmail Drive Calendar More

refurbished mattress fox 2 news Hayssam El Kodssi 0 Share

Search About 17,900 results (0.39 seconds)

Web
Images
Maps
Videos
News
Shopping
More

**Garden City, MI**
Change location

Show search tools

Ad related to **refurbished mattress fox 2 news**
**Refurbished Mattress** | ask.com
www.ask.com/**Refurbished+Mattress**
Search for **Refurbished Mattress** Look Up Quick Results now!

Family helped after **Fox 2** exposé on **refurbished mattresses** - **Fox 2 ...**
www.my**fox**detroit.com/.../family-helped-after-**fox**-**2**-expos-o...
Aug 13, 2012 – **Fox 2 News** HeadlinesFamily helped after **Fox 2** exposé on **refurbished mattresses**. Member Center: Create Account|; Log In; Manage Account| **...**
You've visited this page 2 times. Last visit: 9/25/12

Family helped after **Fox 2** exposé on **refurbished mattresses** - **Fox 2 ...**
www.my**fox**detroit.com/.../family-helped-after-**fox**-**2**-expos-o...
Aug 13, 2012 – By Rob Wolchek, **FOX 2 News** Investigative Reporter - email **...** that gave people the creeps -- an exposé of the **refurbished mattress** business.

Dirty little **mattress** secret uncovered - myFOXDetroit.com
www.my**fox**detroit.com/.../dirty-little-**mattress**-secret-uncovere...
Jul 25, 2012 – You've heard of rebuilt engines, **refurbished** Playstations and rebuilt laptop **... Fox 2 News** HeadlinesDirty little **mattress** secret uncovered **...**
You visited this page on 9/25/12.

Hall of Shame - **Fox 2 News** Headlines
www.my**fox**detroit.com/category/237111/hall-of-shame
**Fox 2 News** HeadlinesHall of Shame. Member Center: **....** Family helped after **Fox 2** exposé on **refurbished mattresses** · Family helped after **Fox 2** exposé on **...**

Fox 29 Investigates - Used **Mattresses**, Part Two - **Fox 2 News ...**
www.my**fox**detroit.com/.../**fox**-29-investigates-used-matresses-...
Jul 19, 2012 – **Fox** 29 Investigates - Used Mattresses, Part Two **...** every store looking to see if **refurbished mattresses** are sanitized and properly labeled.

Rob Wolchek - **Fox 2 News** Headlines
www.my**fox**detroit.com/category/237303/rob-wolchek
Rob Wolchek **News**, Local Detroit Headlines, Weather, Traffic, Sports WJBK **FOX 2 ...** Family helped after **Fox 2** exposé on **refurbished mattresses ...**
You visited this page on 9/11/12.

College students beware, grant scammers calling! - **Fox 2 News ...**
www.my**fox**detroit.com/.../college-students-beware-grant-sca...
Sep 11, 2012 – By Rob Wolchek, **FOX 2 News** Investigative Reporter - email. SOUTHFIELD **....** Family helped after **Fox 2** exposé on **refurbished mattresses ...**

Dirty little **mattress** secret uncovered - myFOXDetroit.com
www.my**fox**detroit.com/.../dirty-little-**mattress**-secret-uncovere...
Jul 25, 2012 – By Rob Wolchek, **FOX 2 News** Investigative Reporter - email. SOUTHFIELD, Mich. (WJBK) -. You've heard of rebuilt engines, **refurbished ...**

Richard Gosselin out of jail and trying to collect rent - **Fox 2 News ...**
www.my**fox**detroit.com/.../hall-of-shame-richard-gosselin-out-...
Aug 29, 2012 – **Fox 2 News** HeadlinesHall of Shame: Richard Gosselin out of jail and **....** people the creeps -- an exposé of the **refurbished mattress** business.

Contact 6: How old is your "new" **mattress**? | FOX6Now.com - WITI
**fox**6now.com/2012/.../contact-6-how-old-is-your-new-**mattress**...
Jul 15, 2012 – MILWAUKEE -- When it's time to get a "new" mattress, do you really know how **...** FOX6Now.com – Milwaukee **News** & weather from WITI Television FOX6 **...** The Department of Consumer Protection says selling **refurbished beds** is legal, but **...** costume pictures · Scout Lake Park, Greendale October **2**, 2012 **...**

Ads related to **refurbished mattress fox 2 news**

**Mattresses**
www.us-**mattress**.com/Sealy
1,101 reviews for us-mattress.com
Up To $200 Savings On Sealy Free Delivery. Free Set Up.
Sealy Mattress - Simmons Mattress - Serta Mattress - Stearns and Foster Mattress

**Michigan Mattress Sale**
www.michigandiscount**mattress**.com/
Best prices on **mattresses**. **Mattress** discount center.
24774 Crestview Court, Farmington Hills - (248) 841-8544 - Directions
10 Google reviews

**Used Mattresses**
**mattress**.classifiedads.com/
Buy & Sell **Mattresses**. Online at ClassifiedAds.com!
340 people +1'd or follow ClassifiedAds.com

**1**  2  3  4  5  6  7  8  9  10    **Next**

Advanced search    Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy & Terms    About Google



FOLLOW US

MEMBER CENTER: Create Account | Log In

75° Monroe Cloudy

Get the Weather App

Site
Web

Search...

**HOME | NEWS | WEATHER | TRAFFIC | MORNINGS | ENTERTAINMENT | SPORTS | MONEY | JOB SHOP | HEALTH | ABOUT US | CONTESTS**

# Family helped after Fox 2 exposé on refurbished mattresses

Like   48 people like this.      Share |    |    Print

*Posted: Aug 13, 2012 10:42 PM EDT*
*Updated: Aug 13, 2012 11:12 PM EDT*

**By Rob Wolchek** - **email**



SOUTHFIELD, Mich. (WJBK) - It's a **Problem Solver** story that gave people the creeps -- an exposé of the **refurbished mattress** business. A Detroit family is now getting some help thanks to our story.

**Click here to watch Rob Wolchek's original story -- "Dirty little mattress secret uncovered".**

Rob says this family thought they were buying new mattresses. That's the scary part about refurbished mattresses. They look **brand** new.

Del and her kids now have three real brand new mattresses. It was all done by a good guy named Jeff from **Mattress to Go**. He's just a small businessman who saw our story and wanted to make sure Del and her kids weren't sleeping on anything except nice, clean, new beds inside and out.

In his video report, Rob also shows you what was inside Del's old mattresses.

## MARKETPLACE ADS

**Woman is 53 But Looks 27**
53/YO Mom reveals a simple wrinkle trick that has angered doctors...
www.ConsumerLifestyleMag.com

**Job Posting - $300/Day**
Detroit: Work from Home. Make Your Own Schedule. $2000/Week.
Finance-Reporting.org

**7 veggies that KILL fat**
Surprising foods that boost your metabolism
TruthAboutAbs.com

**Buy a link here**

## HALL OF SHAME

### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord.



### Family helped after Fox 2 exposé on refurbished mattresses
*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business. A Detroit family is now getting some help thanks to our story.



### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*
He's accused of bilking tens of thousands of dollars from innocent people. Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



## YOU MIGHT BE INTERESTED IN

Detroit Rapper Young Cartier says he's not a squatter *(MyFox Detroit)*

Bicyclist fatally shot in Taylor: Was it murder or self defense? *(MyFox Detroit)*

4 charged after fight involving lotto winner convicted of fraud *(MyFox Detroit)*

Hall of Shame: Richard Gosselin out of jail and trying to collect rent *(MyFox Detroit)*

Mother found stabbed to death in Dearborn Heights *(MyFox Detroit)*

MSU junior claims some hockey players involved in his beating *(MyFox Detroit)*

## FROM AROUND THE WEB

Ryan Seacrest considers Joel McHale's Offer *(Random Acts Of Fusion)*

Teen Sends Eerie Message the Day Before She Is Murdered *(CafeMom)*

Billionaires Dump Stocks – 100% Chance of Global Recession *(Moneynews)*

Beyonce's Daughter Blue Ivy Carter Shows Us Her Cheeks *(Pop Dust)*

Man Accused of Murdering His Exec Girlfriend Blames Her in Facebook Post *(DNAinfo)*

Father Kills Man Sexually Abusing his 4-Year-Old Daughter *(itsybitsysteps)*

[?]

**RECOMMENDED VIDEOS**        by Taboola



### Dirty little mattress secret uncovered
Updated: Jul 25, 2012 10:56 PM EDT

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!

### Wolchek plays with Sponge after getting results for guitarist
Updated: Jul 13, 2012 10:37 PM EDT

Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined. Friday night, he got to play his guitar with the band onstage.

### 4-year-old boy puts Shark Lift-Around vacuum to the test
Updated: Jul 02, 2012 10:40 PM EDT

You want to get your house clean, but don't feel like bringing out the bulky old Hoover. Now there's a new vacuum that claims to put the power of an upright into the palm of your hands. Rob Wolchek puts it to the test.

### Attorney: Ethos Insurance customers being offered refunds
Updated: Jun 26, 2012 8:08 PM EDT

A man charged with selling bogus auto insurance now says he wants to do the right thing. He's giving his customers their money back.

### Investor boy charged with 8 felonies
Updated: Jun 19, 2012 10:42 PM EDT

Problem Solver Rob Wolchek exposed him as a greedy schemer who was in a lot of financial trouble. Now, he's in legal trouble, too.

### Auto insurance big cheese Don Diamond facing charges
Updated: Jun 19, 2012 6:09 AM EDT

Hundreds of Detroiters were driving without auto insurance last summer and they didn't even know it, that is until Problem Solver Rob Wolchek busted a bad insurance scheme.

### Piano, furniture go missing from Livonia consignment shop
Updated: Jun 06, 2012 11:27 PM EDT

A woman was trying to sell her piano on consignment, but it disappeared and the new owners of the consignment shop say they don't know what happened to it. She's not the only on missing something.

**More>>**

---

**8 comments**

Add a comment...

Comment

**Mattress Outlet,Inc**
It's terrible that stores are selling these used beds! If you need a good quality NEW bed for the best price come to Mattress Outlet in Dearborn Heights! We sell only BRAND NEW, American made Mattresses. We will show you how to prove you are getting brand new! We are the lowest price company for brand new in the metro area!
Mattress Outlet,Inc
Reply · 1 · Like · August 29 at 10:03am

**Jim Griffin**
So. It's safe to say that this is what becomes of that mattress Art Van picks up when they deliver your new one.
Reply · 1 · Like · August 14 at 2:26pm

**Yolanda Iswhoiam** · Top Commenter · Baker
they do this at rent a center all the time right in the show room that is why I don't shop there.
Reply · 1 · Like · August 14 at 4:47am

**Charles Roberts Jr** · Top Commenter · Wayne State University
Wrong story Fox 2.
Reply · 1 · Like · August 13 at 9:53pm

**Kevin Butler** · Top Commenter · South Mountain Community College
wtf?
Reply · Like · August 14 at 1:09am

View 3 more

Facebook social plugin

**ROB WOLCHEK**

### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
Updated: Aug 29, 2012 11:36 PM EDT

He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord.

### Family helped after Fox 2 exposé on refurbished mattresses
Updated: Aug 13, 2012 11:12 PM EDT

It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business. A Detroit family is now getting some help thanks to our story.

### 'Investment Boy' Mark Gilson takes a plea deal
Updated: Aug 09, 2012 10:18 PM EDT

He's accused of bilking tens of thousands of dollars from innocent people. Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.

### Dirty little mattress secret uncovered
Updated: Jul 25, 2012 10:56 PM EDT

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!



**Wolchek plays with Sponge after getting results for guitarist**
*Updated: Jul 13, 2012  10:37 PM EDT*
Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined.  Friday night, he got to play his guitar with the band onstage.

**More>>**

**FEEDBACK**

Contact Us

 We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**MOBILE + APPS**

Fox 2 Mobile Apps

 This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**COMMUNITY**

Community

 Get involved with the Fox 2 Problem Solver partners.

**WJBK-TV | Fox 2**
**16550 West Nine Mile Rd.**
**Southfield, MI 48075**

**Main Station: (248) 557-2000**
**Newsroom: (248) 552-5103**

## DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE                    SEARCH

All content © Copyright 2000 - 2012 WorldNow and WJBK. All Rights Reserved.
Privacy Policy | Terms of Service | Ad Choices



FOLLOW US

MEMBER CENTER: Create Account | Log In

74°   Detroit City Airport
      Cloudy

Get the Weather App

Site
Web

Search...

HOME   NEWS   WEATHER   TRAFFIC   MORNINGS   ENTERTAINMENT   SPORTS   MONEY   JOB SHOP   HEALTH   ABOUT US   CONTESTS

# Dirty little mattress secret uncovered

Like   299 people like this.

Share |   |   Print

Posted: Jul 25, 2012 9:48 PM EDT
Updated: Jul 25, 2012 10:56 PM EDT

By Rob Wolchek - email



**Dirty little mattress secret uncovered**
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the ...

00:00/00:00

SOUTHFIELD, Mich. (WJBK) - You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed! There is nothing like a good night's sleep, but before you hit the pillow, you need to see this report.

We bought a custom bed from a store in Detroit. It looks brand new in the package, but when we cut it open, there was something inside that could give you nightmares.

Problem Solver Rob Wolchek takes you inside a mattress factory in suburban Detroit, and what you'll see will have you tossing and turning all night.

*Click on the video player to watch Rob's report.*

| YOU MIGHT BE INTERESTED IN | FROM AROUND THE WEB |
|---|---|
| Police: Body discovered on Detroit's west side (MyFox Detroit) | MetroPCS unveils $55 unlimited 4G plan and new 4G phone (CNET) |
| Woman, daughter sexually assaulted in Clarkston (MyFox Detroit) | Teen Girl Allegedly Gang Raped on Cruise Vacation Knew Just How to Punish Her Abusers (CafeMom) |
| NJ mom who once lost custody decapitates son, 2 (MyFox Detroit) | Don't Pop the Champagne Quite Yet, Microsofties (Forbes.com) |
| Hall of Shame: Richard Gosselin out of jail and trying to collect rent (MyFox Detroit) | Matt Bush Gets Arrested, Cries (Jest.com) |
| Volunteers wanted for new 'Pure Michigan' commercial (MyFox Detroit) | Why cable, TV and Internet customer service sucks (Angie's List) |
| Three men charged in deadly shooting on Southfield Service Drive (MyFox Detroit) | Beyonce's Daughter Blue Ivy Carter Shows Us Her Cheeks (Pop Dust) |

[?]

RECOMMENDED VIDEOS

by Taboola



Buy a Furnace, Get Central Air for $977 Installed!

Limited Time Offer...
Only While Supplies Last

MECHANICAL HEATING & COOLING

248-465-9089    734-434-7113
313-277-7630

MARKETPLACE ADS


**Woman is 53 But Looks 27**
53/YO Mom reveals a simple wrinkle trick that has angered doctors...
www.ConsumerLifestyleMag.com


**Job Posting - $300/Day**
Detroit: Work from Home. Make Your Own Schedule. $2000/Week.
Finance-Reporting.org

**7 veggies that KILL fat**
Surprising foods that boost your metabolism
TruthAboutAbs.com

**Buy a link here**

HALL OF SHAME

## Hall of Shame: Richard Gosselin out of jail and trying to collect rent

Updated: Aug 29, 2012 11:36 PM EDT
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord.



## Family helped after Fox 2 exposé on refurbished mattresses

Updated: Aug 13, 2012 11:12 PM EDT
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business. A Detroit family is now getting some help thanks to our story.



## 'Investment Boy' Mark Gilson takes a plea deal

Updated: Aug 09, 2012 10:18 PM EDT
He's accused of bilking tens of thousands of dollars from innocent people. Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



 

**14 comments**

Add a comment…

Comment

 **Wendy Winger**
Humm.....you know all the signs you see on street corners advertising cheap mattresses? You just may want to keep heading down the road. YUCK!
Reply · 👍 9 · Like · July 25 at 8:22pm

     **Wendy Alley**
Oh I saw that!!! Made me want to go rip mine apart and check LOL But mine is already over 20 yrs old LOL so I think I'm safe.....but ya never know nowadays.....just simply GROSS!! and it's not illegal??? What's with that??? Maybe it should be ya think?
Reply · Like · July 25 at 8:27pm

     **Jennifer Burns**
Ewwwww. I couldn't watch the report it was too gross and I'm in the market for a mattress for two rooms ewwwwwww. Maybe sleep on a bamboo mat instead lol
Reply · Like · July 25 at 8:27pm

     **Claire Sherman Miller**
good to know for sure... we will be buying a new mattress in the near future ... so guess we'll go to a Art Van or Gardner White
Reply · 👍 3 · Like · July 26 at 5:48am

     View 1 more

 **Chris Boyd** · Works at Self proclaimed billionaire
They always seem to find a way to screw over the American public. Trust me this isn't the first time ive seen it anything they can refurbish make look new, They will.
Reply · 👍 2 · Like · July 26 at 9:49am

 **Ron Herkness Jr**
that's why I never buy a new mattress unless its from a reputable dealer....ive heard of this happening to people.
Reply · 👍 2 · Like · July 25 at 8:32pm

     **Christina Haidy** · Walsh College
You know-- it finally makes sense why anyone would trash-pick my queen bed in 2007. It had been raining, and my ex-husband chews & it was stained with chew. The springs were shot. I could not understand who would want that!! I bought my new one Costco. I would highly recommend their beds.
Reply · 👍 4 · Like · July 25 at 9:35pm

     **Bobbie Fearer** · Whitmore Lake High School
Gross! Glad I bought my pillow top at art van! LOL
Reply · 👍 3 · Like · July 25 at 9:36pm

     **Ron Herkness Jr**
I only buy my beds from art van
Reply · 👍 1 · Like · July 25 at 9:49pm

     **Nikki Giovanni**
uhhhh sorry to let you know , but art van sells seconds!!! so you're still not safe! :/
Reply · Like · July 25 at 11:10pm

     **Alan Moore** · Top Commenter · Harman International
Read the tag and make sure that it says, "all new materials".
Reply · 👍 2 · Like · July 26 at 7:26am

 **Theresa Brodie**
That is so gross. Thanks for the report, Rob. Now I can't sleep. This should be illegal. horrible
Reply · 👍 2 · Like · July 25 at 9:19pm

View 9 more

Facebook social plugin

ROB WOLCHEK

---

## Dirty little mattress secret uncovered
*Updated: Jul 25, 2012 10:56 PM EDT*
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!



## Wolchek plays with Sponge after getting results for guitarist
*Updated: Jul 13, 2012 10:37 PM EDT*
Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined. Friday night, he got to play his guitar with the band onstage.



## 4-year-old boy puts Shark Lift-Around vacuum to the test
*Updated: Jul 02, 2012 10:40 PM EDT*
You want to get your house clean, but don't feel like bringing out the bulky old Hoover. Now there's a new vacuum that claims to put the power of an upright into the palm of your hands. Rob Wolchek puts it to the test.



## Attorney: Ethos Insurance customers being offered refunds
*Updated: Jun 26, 2012 8:08 PM EDT*
A man charged with selling bogus auto insurance now says he wants to do the right thing. He's giving his customers their money back.



## Investor boy charged with 8 felonies
*Updated: Jun 19, 2012 10:42 PM EDT*
Problem Solver Rob Wolchek exposed him as a greedy schemer who was in a lot of financial trouble. Now, he's in legal trouble, too.



## Auto insurance big cheese Don Diamond facing charges
*Updated: Jun 19, 2012 6:09 AM EDT*
Hundreds of Detroiters were driving without auto insurance last summer and they didn't even know it, that is until Problem Solver Rob Wolchek busted a bad insurance scheme.



## Piano, furniture go missing from Livonia consignment shop
*Updated: Jun 06, 2012 11:27 PM EDT*
A woman trying to sell her piano on consignment, but it disappeared and the new owners of the consignment shop say they don't know what happened to it. She's not the only on missing something.



**More>>**

### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord.


### Family helped after Fox 2 exposé on refurbished mattresses
*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business. A Detroit family is now getting some help thanks to our story.


### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*
He's accused of bilking tens of thousands of dollars from innocent people. Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.


### Dirty little mattress secret uncovered
*Updated: Jul 25, 2012 10:56 PM EDT*
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!


### Wolchek plays with Sponge after getting results for guitarist
*Updated: Jul 13, 2012 10:37 PM EDT*
Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined. Friday night, he got to play his guitar with the band onstage.


**More>>**





**FEEDBACK**                    **MOBILE + APPS**

**Contact Us**

We want to hear from you. Is there a story you want to us to cover? Do you have a lead on a story? Do you want to know more about Fox 2? Please send us a note.

**Fox 2 Mobile Apps**

This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**Community**

Get involved with the Fox 2 Problem Solver partners.

**WJBK-TV | Fox 2**
16550 West Nine Mile Rd.
Southfield, MI 48075

Main Station: (248) 557-2000
Newsroom: (248) 552-5103

## DIDN'T FIND WHAT YOU WERE LOOKING FOR?

**SEARCH FOR IT HERE**                    SEARCH


All content © Copyright 2000 - 2012 WorldNow and WJBK. All Rights Reserved.
Privacy Policy | Terms of Service | Ad Choices



Fox Automotive
Rochester Hills
SPECIAL OFFERS !!
866-884-4258    866-578-0189

FOLLOW US
MEMBER CENTER: Create Account | Log In

79° Howell Clear

Get the Weather App

Site Web    Search...

HOME   NEWS   WEATHER   TRAFFIC   MORNINGS   ENTERTAINMENT   SPORTS   MONEY   JOB SHOP   HEALTH   ABOUT US   CONTESTS



**DIRTY LITTLE MATTRESS SECRET UNCOVERED**

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!

**NEWS VIDEO**

| | |
|---|---|
| Metro Detroiters help Isaac victims  02:03 | Deadly plane crash Brighton  01:36 |
| Alan Lee reports from jazz fest (Video)  06:43 | Man accused of sexually assaulting boy did good in the community (Video)  01:48 |
| Deaf community sharing their world at Ford Arts, Beats & Eats (Video)  03:08 | Off the Chain: Dirty Harry (Video)  03:35 |

◄ PREVIOUS        1  2  3  4  5  6  7  8  9  10  11  12  13  14  15        NEXT ►

SEARCH [                                        ] GO ►

**How to talk to your kids when money is tight**

MARKETPLACE ADS
Sponsored Links

RECOMMENDED VIDEOS                by Taboola



**ALL AP VIDEO**

Fact Check: Paul Ryan ignores parts of his own record
02:14

Drought causes shortage in Wis. cow chip throw
01:44

Officials may breach levee as Isaac storms inland
01:29

Republicans ready to roll, but Isaac clouds tone
01:40

◄ PREVIOUS        1   2   3        NEXT ►

MOST POPULAR

Detroit family needs help to bury teen killed by suspected drunk driver

Three men charged in deadly shooting on Southfield Service Drive

Detroit Rapper Young Cartier says he's not a squatter

Mother found stabbed to death in Dearborn Heights

[?]

**FROM AROUND THE WEB**

Random Acts of Fusion: Joel McHale Gets an Unexpected Delivery  (Random Acts Of Fusion)

These 4 Things Happen Right Before a Heart Attack  (Newsmax.com)

MetroPCS unveils $55 unlimited 4G plan and new 4G phone  (CNET)

[?]



**MARKETPLACE ADS**

**Woman is 53 But Looks 27**
53/YO Mom reveals a simple wrinkle trick that has angered doctors...
www.ConsumerLifestyleMag.com

**Job Posting - $300/Day**
Detroit: Work from Home. Make Your Own Schedule. $2000/Week.
Finance-Reporting.org

**7 veggies that KILL fat**
Surprising foods that boost your metabolism
TruthAboutAbs.com

**Buy a link here**



**FEEDBACK**

Contact Us



We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**MOBILE + APPS**

Fox 2 Mobile Apps



This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**COMMUNITY**

Community



Get involved with the Fox 2 Problem Solver partners.

WJBK-TV | Fox 2
16550 West Nine Mile Rd.
Southfield, MI 48075

Main Station: (248) 557-2000
Newsroom: (248) 552-5103

DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE                                    SEARCH

worldnow

All content © Copyright 2000 - 2012 WorldNow and WJBK. All Rights Reserved.
Privacy Policy | Terms of Service | Ad Choices





# Family helped after Fox 2 exposé on refurbished mattresses

Like    50 people like this. Be the first of your friends.          Share |          |          Print

Posted: Aug 13, 2012 10:42 PM EDT
Updated: Aug 13, 2012 11:12 PM EDT

By Rob Wolchek, myFOXDetroit.com - email



SOUTHFIELD, Mich. (WJBK) - It's a **Problem Solver** story that gave people the creeps -- an exposé of the **refurbished mattress** business. A Detroit family is now getting some help thanks to our story.

Click here to watch Rob Wolchek's original story -- "Dirty little mattress secret uncovered".

Rob says this family thought they were buying new mattresses. That's the scary part about refurbished mattresses. They look brand new.

Del and her kids now have three real brand new mattresses. It was all done by a good guy named Jeff from **Mattress to Go**. He's just a small businessman who saw our story and wanted to make sure Del and her kids weren't sleeping on anything except nice, clean, new beds inside and out.

In his video report, Rob also shows you what was inside Del's old mattresses.



MARKETPLACE ADS

**Frenzy Over New Diet Pill**
Stores Across U.S. Sold Out of This New 'Miracle' Weight Loss Pill.
www.HLifestyles.com

**Internet Job - $476/day**
Work from Home. Flexible Schedule. No Scam. $476/day.
www.benanddavesprogram.com

**Track Your Teen Driver**
Easy to Use-Low Start Up Cost-Real Time Tracking-Lowers Your Ins.
www.safetytrackofmichigan.com

Buy a link here

HALL OF SHAME

### College students beware, grant scammers calling!
Updated: Sep 11, 2012 11:39 PM EDT
College students and parents beware. There's a sophisticated scam out there targeting people who have applied for student aid. 

### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
Updated: Aug 29, 2012 11:36 PM EDT
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord. 

### Family helped after Fox 2 exposé on refurbished mattresses
Updated: Aug 13, 2012 11:12 PM EDT
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business. A Detroit family is now getting some help thanks to our story. 

YOU MIGHT BE INTERESTED IN

1 killed, 4 wounded in shootings since Thursday evening  (MyFox Detroit)

2 dead, 1 wounded after Detroit shootout  (MyFox Detroit)

12 wounded, 2 dead, in shootings since Friday night  (MyFox Detroit)

Several cars vandalized in southwest Detroit neighborhood  (MyFox Detroit)

Shelby Twp. police investigating shooting that shattered windows  (MyFox Detroit)

Serena Williams in Michigan Women's Hall of Fame  (MyFox Detroit)

FROM AROUND THE WEB

West Bloomfield Gunman's Neighbors Shocked and Saddened - West Bloomfield, MI Patch  (West Bloomfield Patch)

Mom Really Should Have Checked The Cake Before The Party | Funny Pictures & Photos | NickMom  (nickmom)

How to Load Your Dishwasher: Common Mistakes People Make  (Dishwashers Info)

Who Has the Worst Customer Service?  (Angie's List)

Man Shot After He Admits Impregnating His Girlfriend's 11-Year-Old Daughter  (CafeMom)

Punishment For Fatal Accident: Driver Will Be Executed  (AOL Autos)

[?]

RECOMMENDED VIDEOS

by Taboola



**9 comments**

Add a comment…

Post to Facebook          Posting as Hayssam El Kodssi (Change)   [Comment]

**Mattress Outlet,Inc**
It's terrible that stores are selling these used beds! If you need a good quality NEW bed for the best price come to Mattress Outlet in Dearborn Heights! We sell only BRAND NEW, American made Mattresses. We will show you how to prove you are getting brand new! We are the lowest price company for brand new in the metro area!
Mattress Outlet,Inc
Reply · Like · Follow Post · August 29 at 1:03pm

**Jim Griffin**
So. It's safe to say that this is what becomes of that mattress Art Van picks up when they deliver your new one.
Reply · 1 · Like · Follow Post · August 14 at 5:26pm

**Yolanda Iswhioam** · Top Commenter · Baker
they do this at rent a center all the time right in the show room that is why I don't shop there.
Reply · 1 · Like · Follow Post · August 14 at 7:47am

**Charles Roberts Jr** · Top Commenter · Wayne State University
Wrong story Fox 2.
Reply · Like · Follow Post · August 14 at 12:53am

**Kevin Butler** · Top Commenter · Arizona State University
wtf?
Reply · Like · Follow Post · August 14 at 4:09am

**Kelvin Lyons** · Subscribe
Jeff, job well done..
Reply · Like · Follow Post · September 7 at 10:24pm

**Christine Saddler**
This looks personal between you and the yellow tag. Many stores sell refurbished mattresses with the white tags and you haven't once mentioned them. I purchased mattresses with a white secondhand material tag and had to throw them out because they were disgusting. I purchased soe with yellow tags for me aand my kids ad haven't had a problem. Why are the white tags not being investigated?
Reply · Like · Follow Post · August 14 at 3:58pm

**Yolanda Iswhioam** · Top Commenter · Baker
you people are nasty and you would not sleep on them or have them in your home and I bet you get them stores that takes the old stuff away.. health concerns
Reply · Like · Follow Post · August 14 at 7:50am

**Zeel Phaggin** · Top Commenter · Michigan State/University of Michigan
Omar Aoud's Mattresses - Where the quality comes off when the name goes on.
Reply · Like · Follow Post · August 14 at 11:07am

Facebook social plugin

**ROB WOLCHEK**

**College students beware, grant scammers calling!**
Updated: Sep 11, 2012 11:39 PM EDT
College students and parents beware. There's a sophisticated scam out there targeting people who have applied for student aid.


**Hall of Shame: Richard Gosselin out of jail and trying to collect rent**
Updated: Aug 29, 2012 11:36 PM EDT
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord.


**Family helped after Fox 2 exposé on refurbished mattresses**
Updated: Aug 13, 2012 11:12 PM EDT

**'Investment Boy' Mark Gilson takes a plea deal**
Updated: Aug 09, 2012 10:18 PM EDT
He's accused of bilking tens of thousands of dollars from innocent people. Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.


**Dirty little mattress secret uncovered**
Updated: Jul 25, 2012 10:56 PM EDT
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!


**Wolchek plays with Sponge after getting results for guitarist**
Updated: Jul 13, 2012 10:37 PM EDT
Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined. Friday night, he got to play his guitar with the band onstage.


**4-year-old boy puts Shark Lift-Around vacuum to the test**
Updated: Jul 02, 2012 10:40 PM EDT
You want to get your house clean, but don't feel like bringing out the bulky old Hoover. Now there's a new vacuum that claims to put the power of an upright into the palm of your hands. Rob Wolchek puts it to the test.


**Attorney: Ethos Insurance customers being offered refunds**
Updated: Jun 26, 2012 8:08 PM EDT
A man charged with selling bogus auto insurance now says he wants to do the right thing. He's giving his customers their money back.


**Investor boy charged with 8 felonies**
Updated: Jun 19, 2012 10:42 PM EDT
Problem Solver Rob Wolchek exposed him as a greedy schemer who was in a lot of financial trouble. Now, he's in legal trouble, too.


**Auto insurance big cheese Don Diamond facing charges**
Updated: Jun 19, 2012 6:09 AM EDT
Hundreds of Detroiters were driving without auto insurance last summer and they didn't even know it, that is until Problem Solver Rob Wolchek busted a bad insurance scheme.


**More>>**

It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business.  A Detroit family is now getting some help thanks to our story.



### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*

He's accused of bilking tens of thousands of dollars from innocent people.  Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



### Dirty little mattress secret uncovered
*Updated: Jul 25, 2012 10:56 PM EDT*

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!




**More>>**



## THE DEATH OF CREDIT CARDS
The plastic in your wallet is about to go the way of the typewriter, the VCR, and the 8-track tape player. When it does, **a handful of investors could stand to get very rich.** You can them — but you must act *now*. An eye-opening new presentation reveals the full story on why your credit card is about to be worthless — and highlights one little-known company sitting at the epicenter of an earth-shaking movement that could hand early investors the kind of profits we haven't seen since the dot-com days.

**Click here to watch this stunning video**

BROUGHT TO YOU BY THE MOTLEY FOOL

FEEDBACK                                MOBILE                                COMMUNITY

Contact Us                              Fox 2 Mobile Apps                     Community



We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.



This free app is designed specifically for your smart phone with smooth news, video and custom weather.

Get involved with the Fox 2 Problem Solver partners.

**WJBK-TV | Fox 2**
16550 West Nine Mile Rd.
Southfield, MI 48075

Main Station: (248) 557-2000
Newsroom: (248) 552-5103

## DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE                                    SEARCH



All content © Copyright 2000 - 2012 Fox Television Stations, Inc. and Worldnow. All Rights Reserved.
Privacy Policy | Terms of Service | Ad Choices

my FOXdetroit.com

Now Hiring for all Positions

GARDNER-WHITE
Expanding New Location in Auburn Hills
Click Here to Apply


FOLLOW US
MEMBER CENTER: Create Account | Log In

59°  Ann Arbor  Clear

Get the Weather App

Site  Web    Search...

HOME  NEWS  WEATHER  TRAFFIC  MORNINGS  ENTERTAINMENT  SPORTS  MONEY  JOB SHOP  HEALTH  ABOUT US  CONTESTS

# Dirty little mattress secret uncovered

Like    299 people like this. Be the first of your friends.        Share |        |        Print

*Posted: Jul 25, 2012 9:48 PM EDT*
*Updated: Jul 25, 2012 10:56 PM EDT*

**By Rob Wolchek, myFOXdetroit.com - email**



SOUTHFIELD, Mich. (WJBK) - You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!  There is nothing like a good night's sleep, but before you hit the pillow, you need to see this report.

We bought a custom made bed from a store in Detroit.  It looks brand new in the package, but when we cut it open, there was something inside that could give you nightmares.

Problem Solver **Rob Wolchek** takes you inside a mattress factory in suburban Detroit, and what you'll see will have you tossing and turning all night.

***Click on the video player to watch Rob's report.***

| YOU MIGHT BE INTERESTED IN | FROM AROUND THE WEB |
|---|---|
| Body believed to be missing teenager found *(MyFox Detroit)* | Ryan Seacrest considers Joel Mchale's Offer *(Random Acts Of Fusion)* |
| At least 10 wounded overnight, 22 in two days in city shootings *(MyFox Detroit)* | iPhone 5 tidbits leak: LTE, iTunes 11, new iPods confirmed *(Digital Trends)* |
| Body Found Near Scene Of Officer's Disappearance *(MyFox Detroit)* | 5 Signs You'll Get Alzheimer's *(Newsmax.com)* |
| College students beware, grant scammers calling! *(MyFox Detroit)* | Teen Sends Eerie Message the Day Before She Is Murdered *(CafeMom)* |
| Woodward welcomes only Japanese-made café in the USA *(MyFox Detroit)* | Police Nab Suspect in Thefts at Farmington Hills Apartment Complex - Farmington-Farmington Hills, MI Patch *(Farmington Patch)* |
| 12 wounded, 2 dead, in shootings since Friday night *(MyFox Detroit)* | Now what? 11 things to do with your old iPhone *(The Mesh Report)* |

[?]

RECOMMENDED VIDEOS                                                    by Taboola


TOO FAST.
SPEED DETECTED.
DUAL-CORE 1.2 GHz
PROCESSOR...
verizon



MARKETPLACE ADS

**Frenzy Over New Diet Pill**
Stores Across U.S. Sold Out of This New 'Miracle' Weight Loss Pill.
www.HLifestyles.com

**Internet Job - $476/day**
Work from Home. Flexible Schedule. No Scam. $476/day.
www.benanddavesprogram.com

**Track Your Teen Driver**
Easy to Use-Low Start Up Cost-Real Time Tracking-Lowers Your Ins.
www.safetytrackofmichigan.com

**Buy a link here**

HALL OF SHAME

### College students beware, grant scammers calling!
*Updated: Sep 11, 2012 11:39 PM EDT*
College students and parents beware.  There's a sophisticated scam out there targeting people who have applied for student aid.


### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig.  He's a landlord.


### Family helped after Fox 2 exposé on refurbished mattresses
*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business.  A Detroit family is now getting some help thanks to our story.




**14 comments**

 Add a comment...

Post to Facebook      Posting as Hayssam El Kodssi (Change)   | Comment |

 **Wendy Winger**
Humm.....you know all the signs you see on street corners advertising cheap mattresses? You just may want to keep heading down the road. YUCK!
Reply · 9 · Like · Follow Post · July 25 at 11:22pm

    **Wendy Alley**
    Oh I saw that!!! Made me want to go rip mine apart and check LOL But mine is already over 20 yrs old LOL so I think I'm safe.....but ya never know nowadays....just simply GROSS!! and it's not illegal??? What's with that??? Maybe it should be ya think?
    Reply · Like · July 25 at 11:27pm

     **Jennifer Burns**
    Ewwwww. I couldn't watch the report it was too gross and I'm in the market for a mattress for two rooms ewwwwwww. Maybe sleep on a bamboo mat instead lol
    Reply · Like · July 25 at 11:27pm

     **Claire Sherman Miller**
    good to know for sure... we will be buying a new mattress in the near future ... so guess we'll go to a Art Van or Gardner White
    Reply · 3 · Like · July 26 at 8:48am

    View 1 more

 **Carls Furniture Warehouse**
There is another choice. Like us on Facebook.
See why the big stores hate us. Every price guaranteed the lowest.
Reply · 2 · Like · Follow Post · August 1 at 3:12pm

 **Chris Boyd** · Works at Self proclaimed billionaire
They always seem to find a way to screw over the American public. Trust me this isn't the first time ive seen it anything they can refurbish to make look new. They will.
Reply · 2 · Like · Follow Post · July 26 at 12:49pm

 **Ron Herkness Jr**
that's why I never buy a new mattress unless its from a reputable dealer....ive heard of this happening to people.
Reply · 2 · Like · Follow Post · July 25 at 11:32pm

     **Christina Haidy** · Subscribe · Walsh College
    You know-- it finally makes sense why anyone would trash-pick my queen bed in 2007. It had been raining, and my ex-husband chews & it was stained with chew. The springs were shot. I could not understand who would want that!! I bought my new one Costco. I would highly recommend their beds.
    Reply · 4 · Like · July 26 at 12:35am

     **Bobbie Fearer** · Whitmore Lake High School
    Gross! Glad I bought my pillow top at art van! LOL
    Reply · 3 · Like · July 26 at 12:36am

     **Ron Herkness Jr**
    I only buy my beds from art van
    Reply · 1 · Like · July 26 at 12:49am

    View 2 more

 **Theresa Brodie**
That is so gross. Thanks for the report, Rob. Now I can't sleep. This should be illegal. horrible
Reply · 2 · Like · Follow Post · July 26 at 12:19am

 **Shimika Greatlakeruler Turner** · Subscribe · Sanford-Brown · 105 subscribers
Ughhhhhh("_)
Reply · 2 · Like · Follow Post · July 25 at 10:50pm

 **Donna Maclin** · Top Commenter
This is nasty as HELL! Bedbugs are one thing but other people's fluids are on it most likely too. O.O bURN MARKS? WHAT ELSE? These people are making a killing off of discarded mattress that most likely are being picked up off the street during bulk day. I thought it was illegal to take those tags off that really come from the

---

### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*
He's accused of bilking tens of thousands of dollars from innocent people. Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.


### Dirty little mattress secret uncovered
*Updated: Jul 25, 2012 10:56 PM EDT*
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!


### Wolchek plays with Sponge after getting results for guitarist
*Updated: Jul 13, 2012 10:37 PM EDT*
Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined. Friday night, he got to play his guitar with the band onstage.


### 4-year-old boy puts Shark Lift-Around vacuum to the test
*Updated: Jul 12, 2012 10:40 PM EDT*
You want to get your house clean, but don't feel like bringing out the bulky old Hoover. Now there's a new vacuum that claims to put the power of an upright in the palm of your hands. Rob Wolchek puts it to the test.


### Attorney: Ethos Insurance customers being offered refunds
*Updated: Jun 26, 2012 8:08 PM EDT*
A man charged with selling bogus auto insurance now says he wants to do the right thing. He's giving his customers their money back.


### Investor boy charged with 8 felonies
*Updated: Jun 19, 2012 10:42 PM EDT*
Problem Solver Rob Wolchek exposed him as a greedy schemer who was in a lot of financial trouble. Now, he's in legal trouble, too.


### Auto insurance big cheese Don Diamond facing charges
*Updated: Jun 19, 2012 6:09 AM EDT*
Hundreds of Detroiters were driving without auto insurance last summer and they didn't even know it, that is until Problem Solver Rob Wolchek busted a bad insurance scheme.


**More>>**



ROB WOLCHEK

### College students beware, grant scammers calling!
*Updated: Sep 11, 2012 11:39 PM EDT*
College students and parents beware.  There's a sophisticated scam out there targeting
people who have applied for student aid.



### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now
**Richard Gosselin** has a new gig.  He's a landlord.



### Family helped after Fox 2 exposé on refurbished mattresses
*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished
mattress business.  A Detroit family is now getting some help thanks to our story.



### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*



He's accused of bilking tens of thousands of dollars from innocent people.  Now he's
fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.

**Dirty little mattress secret uncovered**
*Updated: Jul 25, 2012 10:56 PM EDT*
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers,
but you might be spending the night on a refurbished bed!



**More>>**

---

**FEEDBACK**

Contact Us



We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**MOBILE + APPS**

Fox 2 Mobile Apps



This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**COMMUNITY**

Community



Get involved with the Fox 2 Problem Solver partners.

---

**WJBK-TV | Fox 2**
16550 West Nine Mile Rd.
Southfield, MI 48075

Main Station: (248) 557-2000
Newsroom: (248) 552-5103

DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE                    SEARCH

worldnow

All content © Copyright 2000 - 2012 Fox Television Stations, Inc. and Worldnow. All Rights Reserved.
Privacy Policy | Terms of Service | Ad Choices



TOO FAST.
SPEED DETECTED DUAL-CORE 1.2GHz PROCESSOR

verizon

FOLLOW US

MEMBER CENTER: Create Account | Log In

71° Detroit City Airport / Clear

Get the Weather App

Site / Web    Search...

HOME  NEWS  WEATHER  TRAFFIC  MORNINGS  ENTERTAINMENT  SPORTS  MONEY  JOB SHOP  HEALTH  ABOUT US  CONTESTS

# Family helped after Fox 2 exposé on refurbished mattresses

Like  50 people like this. Be the first of your friends.        Share |        |        Print

Posted: Aug 13, 2012 10:42 PM EDT
Updated: Aug 13, 2012 11:12 PM EDT

By Rob Wolchek, myFOXdetroit.com - email



SOUTHFIELD, Mich. (WJBK) - It's a **Problem Solver** story that gave people the creeps -- an exposé of the **refurbished mattress** business. A Detroit family is now getting some help thanks to our story.

**Click here to watch Rob Wolchek's original story -- "Dirty little mattress secret uncovered".**

Rob says this family thought they were buying new mattresses. That's the scary part about refurbished mattresses. They look brand new.

Del and her kids now have three real brand new mattresses. It was all done by a good guy named Jeff from **Mattress to Go**. He's just a small businessman who saw our story and wanted to make sure Del and her kids weren't sleeping on anything except nice, clean, new beds inside and out.

In his video report, Rob also shows you what was inside Del's old mattresses.



TOO POWERFUL TO FALL INTO THE WRONG HANDS

DROID RAZR 4G LTE
by MOTOROLA

LEARN MORE ▸


verizon        LEGAL ▸

MARKETPLACE ADS

**Frenzy Over New Diet Pill**
Stores Across U.S. Sold Out of This New 'Miracle' Weight Loss Pill.
www.HLifestyles.com

**Internet Job - $476/day**
Work from Home. Flexible Schedule. No Scam. $476/day.
www.benanddavesprogram.com

**Track Your Teen Driver**
Easy to Use-Low Start Up Cost-Real Time Tracking-Lowers Your Ins.
www.safetytrackofmichigan.com

                                    Buy a link here

HALL OF SHAME

### College students beware, grant scammers calling!

*Updated: Sep 11, 2012 11:39 PM EDT*
College students and parents beware. There's a sophisticated scam out there targeting people who have applied for student aid.



### Hall of Shame: Richard Gosselin out of jail and trying to collect rent

*Updated: Aug 29, 2012 11:36 PM EDT*
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig. He's a landlord.



### Family helped after Fox 2 exposé on refurbished mattresses

*Updated: Aug 13, 2012 11:12 PM EDT*
It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business. A Detroit family is now getting some help thanks to our story.



YOU MIGHT BE INTERESTED IN

Inmate accused of carjacking, 2 stabbings (MyFox Detroit)

3 suspects wounded, 1 killed by crime victims (MyFox Detroit)

At least 10 wounded overnight, 22 in two days in city shootings (MyFox Detroit)

West Bloomfield Twp. officer fatally shot, suspect dead (MyFox Detroit)

Photos: Standoff with suspected cop killer (MyFox Detroit)

Jamaica police charged with killing pregnant woman (MyFox Detroit)

FROM AROUND THE WEB

How to Load Your Dishwasher: Common Mistakes People Make (Dishwashers Info)

Who Has the Worst Customer Service? (Angie's List)

Man Shot After He Admits Impregnating His Girlfriend's 11-Year-Old Daughter (CafeMom)

Mom Really Should Have Checked The Cake Before The Party | Funny Pictures & Photos | NickMom (nickmom)

Hartland Dad Kidnapping Case Plays Out on Facebook - Brighton, MI Patch (Brighton Patch)

Why You Should Cancel Your Cell Phone Contract (Daily Finance)

[?]

RECOMMENDED VIDEOS                by Taboola



**9 comments**

 Add a comment…

Post to Facebook                    Posting as Hayssam El Kodssi (Change)    [ Comment ]

 **Mattress Outlet,Inc**
It's terrible that stores are selling these used beds! If you need a good quality NEW bed for the best price come to Mattress Outlet in Dearborn Heights! We sell only BRAND NEW, American made Mattresses. We will show you how to prove you are getting brand new! We are the lowest price company for brand new in the metro area!
Mattress Outlet,Inc
Reply · 1 · Like · Follow Post · August 29 at 1:03pm

 **Jim Griffin**
So. It's safe to say that this is what becomes of that mattress Art Van picks up when they deliver your new one.
Reply · 1 · Like · Follow Post · August 14 at 5:26pm

 **Yolanda Iswhoiam** · Top Commenter · Baker
they do this at rent a center all the time right in the show room that is why I don't shop there.
Reply · 1 · Like · Follow Post · August 14 at 7:47am

 **Charles Roberts Jr** · Top Commenter · Wayne State University
Wrong story Fox 2.
Reply · Like · Follow Post · August 14 at 12:53am

 **Kevin Butler** · Top Commenter · Arizona State University
wtf?
Reply · Like · Follow Post · August 14 at 4:09am

 **Kelvin Lyons** · Subscribe
Jeff, job well done..
Reply · Like · Follow Post · September 7 at 10:24pm

 **Christine Saddler**
This looks personal between you and the yellow tag. Many stores sell refurbished mattresses with the white tags and you haven't once mentioned them. I purchased mattresses with a white secondhand material tag and had to throw them out because they were disgusting. I purchased soe with yellow tags for me aand my kids ad haven't had a problem. Why are the white tags not being investigated?
Reply · Like · Follow Post · August 14 at 3:58pm

 **Yolanda Iswhoiam** · Top Commenter · Baker
you people are nasty and you would not sleep on them or have them in your home and I bet you get them stores that takes the old stuff away.. health concerns
Reply · Like · Follow Post · August 14 at 7:50am

 **Zeel Phaggin** · Top Commenter · Michigan State/University of Michigan
Omar Aoud's Mattresses - Where the quality comes off when the name goes on.
Reply · Like · Follow Post · August 14 at 11:07am

Facebook social plugin

**ROB WOLCHEK**

### College students beware, grant scammers calling!
Updated: Sep 11, 2012 11:39 PM EDT
College students and parents beware.  There's a sophisticated scam out there targeting people who have applied for student aid.



### Hall of Shame: Richard Gosselin out of jail and trying to collect rent
Updated: Aug 29, 2012 11:36 PM EDT
He's been a felon, a fugitive and a frequent resident of the **Hall of Shame**, but now **Richard Gosselin** has a new gig.  He's a landlord.



### Family helped after Fox 2 exposé on refurbished mattresses
Updated: Aug 13, 2012 11:12 PM EDT


### 'Investment Boy' Mark Gilson takes a plea deal
Updated: Aug 09, 2012 10:18 PM EDT
He's accused of bilking tens of thousands of dollars from innocent people.  Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



### Dirty little mattress secret uncovered
Updated: Jul 25, 2012 10:56 PM EDT
You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!



### Wolchek plays with Sponge after getting results for guitarist
Updated: Jul 13, 2012 10:37 PM EDT
Problem Solver Rob Wolchek got results after the lead guitarist from the band Sponge got off a plane after playing a gig and his guitar was ruined.  Friday night, he got to play his guitar with the band onstage.



### 4-year-old boy puts Shark Lift-Around vacuum to the test
Updated: Jul 02, 2012 10:40 PM EDT
You want to get your house clean, but don't feel like bringing out the bulky old Hoover.  Now there's a new vacuum that claims to put the power of an upright into the palm of your hands. Rob Wolchek puts it to the test.



### Attorney: Ethos Insurance customers being offered refunds
Updated: Jun 26, 2012 8:08 PM EDT
A man charged with selling bogus auto insurance now says he wants to do the right thing.  He's giving his customers their money back.



### Investor boy charged with 8 felonies
Updated: Jun 19, 2012 10:42 PM EDT
Problem Solver Rob Wolchek exposed him as a greedy schemer who was in a lot of financial trouble.  Now, he's in legal trouble, too.



### Auto insurance big cheese Don Diamond facing charges
Updated: Jun 19, 2012 6:09 AM EDT
Hundreds of Detroiters were driving without auto insurance last summer and they didn't even know it, that is until Problem Solver Rob Wolchek busted a bad insurance scheme.



**More>>**

It's a Problem Solver story that gave people the creeps -- an exposé of the refurbished mattress business.  A Detroit family is now getting some help thanks to our story.



### 'Investment Boy' Mark Gilson takes a plea deal
*Updated: Aug 09, 2012 10:18 PM EDT*

He's accused of bilking tens of thousands of dollars from innocent people.  Now he's fessing up to his crimes after Rob Wolchek put him in the Hall of Shame.



### Dirty little mattress secret uncovered
*Updated: Jul 25, 2012 10:56 PM EDT*

You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!



**More>>**



**FEEDBACK**

Contact Us



We want to hear from you.  Is there a story you want to us to cover? Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**MOBILE + APPS**

Fox 2 Mobile Apps

This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**COMMUNITY**

Community



Get involved with the Fox 2 Problem Solver partners.

**WJBK-TV | Fox 2**

**16550 West Nine Mile Rd.**

**Southfield, MI 48075**

**Main Station: (248) 557-2000**
**Newsroom: (248) 552-5103**

DIDN'T FIND WHAT YOU WERE LOOKING FOR?

SEARCH FOR IT HERE           SEARCH

worldnow

All content © Copyright 2000 - 2012 Fox Television Stations, Inc. and Worldnow. All Rights Reserved.

Privacy Policy | Terms of Service | Ad Choices




 myFOXdetroit.com

FOLLOW US

MEMBER CENTER: Create Account | Log In

74° Pontiac Cloudy

Get the Weather App

Site Web Search...

HOME NEWS WEATHER TRAFFIC MORNINGS ENTERTAINMENT SPORTS MONEY JOB SHOP HEALTH ABOUT US CONTESTS

Local News My Photo Fox 2 Mobile App Let it Rip Politics Hall of Shame Charlie Leduff: Off The Chain Fox 2 TV Schedule Fox 2 Staff Contact Us

Ads by Google

**Mattresses** at Art Van
Michigan's #1 **mattress** store. Best prices, biggest selection.
www.artvan.com/**Mattress**
Beat the Clock Sale, Up to 65% Off | King Size Mattresses
Queen Size Mattresses | Full Size Mattresses
Twin Mattresses

Value City Furniture Sale
Storewide Sale Through Labor Day. Instant Rebates - Special Financing
www.vcf.com/**Mattresses**
Find A Store | Living Room Furniture
Bedroom Furniture | Dining Room Furniture
Amazing Deals | Email Exclusives

Michigan **Mattress** Special
Farmington Hills Michigan Warehouse **Mattress** set starting at only $ 120
www.michigandiscount**mattress**.com/

## SEARCH RESULTS

Search "refurbished+mattress"

- All Result TypesArticlesVideos
- Refine Your Search:AuthorLocationDate

Your search returned approximately 3 results.

1. Family helped after Fox 2 exposé on refurbished mattresses
   …an exposé of the **refurbishedmattress** business. A Detroit ……story -- "Dirty little **mattress** secret uncovered ……the scary part about **refurbished** mattresses. They look ……guy named Jeff from **Mattress** to Go. He's just …
   Last Modified: *Aug 13, 2012 11:12 PM EDT*

2. Dirty little mattress secret uncovered
   …You've heard of rebuilt engines, **refurbished** Playstations and rebuilt laptop computers ……you might be spending the night on a **refurbished** bed! There is nothing like a good night ……Solver Rob Wolchek takes you inside a **mattress** factory in suburban Detroit, and what …
   Last Modified: *Jul 25, 2012 10:56 PM EDT*

3. Dirty little mattress secret uncovered
   You've heard of rebuilt engines, refurbished Playstations and rebuilt laptop computers, but you might be spending the night on a refurbished bed!
   Last Modified: *Jul 25, 2012 10:58 PM EDT*

**Pages:** 1

SITE SEARCH WEB SEARCH BY Google

Ads by Google

Huge Labor Day Sale
Sealy, Simmons & Serta 50% Off Shop in Stores or Online. Free S&H!
www.us-**mattress**.com/Labor-Day
us-mattress.com is rated ★★★★★ (7,268 reviews)

**Refurbished Mattress**
Research and Compare Deals on Ask.com; Try It Today!
www.ask.com/**Refurbished+Mattress**

Sears® **Mattress** Sale
Free Delivery on All **Mattresses** at Sears®. Sale Ends 9/8, Shop Now!
www.sears.com/Free-Delivery
sears.com is rated ★★★★★ (4,531 reviews)

## SUGGESTED VIDEOS

**Detroit Rapper Young Cartier says he's not a squatter (Vid...**
*Aug 29,2012*

## CONTENT FROM SPONSORS

by Taboola

**Blood Sugar Tip: Are You on a Dangerous Ride?**
(MedixSelect)

## MOST POPULAR

Three men charged in deadly shooting on Southfield Service Drive

Detroit family needs help to bury teen killed by suspected drunk driver

Mother found stabbed to death in Dearborn Heights

Metro Detroit's Kaufman Children's Center helps girl to speak

[?]

## FROM AROUND THE WEB

Ryan Seacrest considers Joel McHale's Offer (Random Acts Of Fusion)

MetroPCS unveils $55 unlimited 4G plan and new 4G phone (CNET)

2 Drugs FDA Recommends You Stay Away From (HealthCentral.com)

[?]

## MARKETPLACE ADS

**Woman is 53 But Looks 27**

53/YO Mom reveals a simple wrinkle trick that has angered doctors...
www.ConsumerLifestyleMag.com

**Job Posting - $300/Day**

Detroit: Work from Home. Make Your Own Schedule. $2000/Week.
Finance-Reporting.org

**7 veggies that KILL fat**

Surprising foods that boost your metabolism
TruthAboutAbs.com

**Buy a link here**

*Aug 31,2012*

 **A Baby for Prince William &**
(NBC: iVillage)

**Metro Detroiters help Isaac victims**
*Sep 02,2012*

 **Do You Have Inexplicable, Chronic Pain?**
(Health Guru)

**MARKETPLACE ADS**

Sponsored Links

**Woman is 53 But Looks 27**
53/YO Mom reveals a simple wrinkle trick that has angered doctors...
www.ConsumerLifestyleMag.com

**Job Posting - $300/Day**
Detroit: Work from Home. Make Your Own Schedule. $2000/Week.
Finance-Reporting.org

**7 veggies that KILL fat**
Surprising foods that boost your metabolism
TruthAboutAbs.com

**Weird Loophole in Michigan**
If you pay more than $7 for car insurance you better read this now...
www.ConsumerFinanceDaily.com

**Buy a link here**



 **SERVING THE ENTIRE METRO AREA**

turn to the experts

**FEEDBACK**

Contact Us

 We want to hear from you.  Is there a story you want to us to cover?  Do you have a lead on a story?  Do you want to know more about Fox 2?  Please send us a note.

**MOBILE + APPS**

Fox 2 Mobile Apps

 This free app is designed specifically for your smart phone with smooth news, video and custom weather.

**COMMUNITY**

Community

 Get involved with the Fox 2 Problem Solver partners.

WJBK-TV | Fox 2
16550 West Nine Mile Rd.
Southfield, MI 48075

Main Station: (248) 557-2000
Newsroom: (248) 552-5103

EJEO U&GDE K IBU ZPV K FSF MPPL DJ EPS@#

TFBSDI EPS&DH FSF                                    TFBSDI

All content © Copyright 2000 - 2012 WorldNow and WJBK. All Rights Reserved.

Privacy Policy | Terms of Service | Ad Choices

# EXHIBIT

# D

Mattress To Go - Factory Direct, Guaranteed Lowest Prices.                    Page 1 of 2

2:12-cv-15072-NGE-RSW   Doc # 1   Filed 11/15/12   Pg 52 of 58   Pg ID 52



**MATTRESS TO GO**

*Exclusive Factory-Direct Deals - We'll Save You Hundreds*
*Premium All-American Therapedic Mattresses*
*20 Award-Winning Years • Unmatched Expertise*

 

Home    Specials    Brands/Beds    Get A Beducation    Testimonials    In The News/Donations    About Us    Location/Contact    Photos

## Welcome to Mattress To Go!

    

      



### *Finally!*
### A Consumer-Friendly Mattress Store

No-nonsense, factory-direct pricing and expert advice mean you'll always get the best product while saving hundreds off of retail sale prices.

### Detroit's Fox 2 News Problem Solver Rob Wolchek covers our recent mattress donation

 

Fox 2 News Problem Solver Rob Wolchek reports on our recent mattress donation in Detroit. Thanks to Rob and everyone at Fox 2 News for allowing us to help make this mattress donation possible.

### Beducation® Videos:
### Recent Additions and Most Popular



*NEW*
Jeff explains how to differentiate between new and reconditioned / used mattresses.

*NEW*

### Jeff's Recent Tweets


MattressToGo
Only a few of those Night Dreamer queen sets left. Need the room for some new beds and I want them gone - $284!
8 hours ago


MattressToGo
Definitely not the proper way to haul a mattress. We'll personally secure any bed you take home - no worries! http://t.co/s9hCxUDX
11 hours ago


MattressToGo
Our newest Beducation video tells you how to differentiate between new and used mattresses.... http://t.co/JrWOSYGU
yesterday


MattressToGo
According to the Better Sleep Council, only 12% of people dream in black and white. The low number is partially... http://t.co/Z2bL89Ug
yesterday


MattressToGo
Only a few of those Night Dreamer special queen sets left - now $289! http://t.co/PJfC1BA9 http://t.co/tP73nj1f
yesterday


MattressToGo
The new shirts are in - pretty spiffy. http://t.co/uRgF1P7c
Monday


Need to know the different mattress sizes? Here you

Mattress To Go - Factory Direct, Guaranteed Lowest Prices.                    Page 2 of 2

2:12-cv-15072-NGE-RSW    Doc # 1    Filed 11/15/12    Pg 53 of 58    Pg ID 53



Jeff comments on the recent Consumer Reports mattress article and gives you some advice you can *really* use.



Watch the video that furniture stores and sleep shops don't want you to see!
Jeff explains the truth behind "50% off" sales.



Jeff helps you decipher the mattress ads you see in newspapers and make sense of their claims of huge discounts.

More videos are available on our Beducation® page.

## At Mattress To Go we provide unsurpassed product knowledge. Here are just a few of my credentials:





**Hours**
Monday - Friday: 10 to 8      Saturday: 10 to 6      Sunday: Noon to 5

**51260 Van Dyke Shelby Township, MI 48316 (586) 580-3605**
Northeast corner of 23 Mile and Van Dyke
Near Salvation Army Home Store / Across from K-Mart

---

**MattressToGo** go....
http://t.co/bSArCRXJ

**Monday**



**MattressToGo**   The New York Jets brought in a sleep specialist to help their athletes recover.
http://t.co/EqZs0ees
http://t.co/wRdSMUhT

**Saturday**



**MattressToGo**   We feature beautiful bedsets from Fashion Bed and save you hundereds off of their retail prices.
http://t.co/HvRMgiFa
http://t.co/0tmx94n4

**Saturday**



**MattressToGo**   We feature beautiful bedsets from Fashion Bed and save you hundereds off of their retail prices.
http://t.co/HvRMgiFa
http://t.co/vFDi4iI

**Saturday**

◄ Older

Content copyright 2009-2012. Mattress To Go. All rights reserved.



Browse | Movies | Upload

 elkodssi▾



## Mattress To Go - Beducation®        [ Subscribe ]

45 subscribers          60,506 video views

| Featured | Browse videos |                          Search Channel



 

### About Mattress To Go - Beducation®

The best Beducation® you'll find anywhere.
Objective advice about mattresses and how to
select the one that best suits your individual
needs.

matt-to-go.com

by MattressToGo ▾

| Latest Activity | Sep 25, 2012 |
| Date Joined | Sep 15, 2010 |
| Location | Shelby Township |
| Country | United States |

0:48 / 10:32                                         

**Beducation® - Mattress Pricing and the Truth About 50% Off Sales**
by MattressToGo1 year ago

12,102 views

### Featured Playlists



**Beducation® Educational Videos**
by Mattress To Go - Beducation®

## Uploaded videos 1-10 of 54                     Play all



4:19

**Beducation® - How to differentiate between**
MattressToGo  17 views  1 day ago

Mattress To Go owner Jeff Scheuer continues his
Beducation® series. Here he provides tips on how to make
sure the mattress you're buying is new and not used.

 

**Beducation Bits**
by Mattress To Go - Beducation®



2:44

**Therapedic Kathy Ireland Country Escapes**
MattressToGo  31 views  4 weeks ago

Mattress To Go owner Jeff Scheuer describes one of the
current mattresses in Mattress To Go's lineup, the
Therapedic Kathy Ireland Country Escapes Ultra Plush

**Mattress To Go's Current Mattress
Lineup**
by Mattress To Go - Beducation®



**Beducation® - Mattress To Go makes mattr**
MattressToGo  143 views  1 month ago

Mattress To Go owner Jeff Scheuer continues his
Beducation® series. Here Problem Solver Rob Wolchek of
Detroit's Fox 2 News (WJBK www.myfoxdetroit.com)

**Uploaded videos**
by Mattress To Go - Beducation®

view all



**Beducation® - Consumer Reports magazine**
MattressToGo  319 views  2 months ago

Mattress To Go owner Jeff Scheuer continues his
Beducation® series and comments on a recent Consumer
Reports mattress review article.



**Therapedic Exceptional Touch Henley Plush**
MattressToGo  140 views  3 months ago

Mattress To Go owner Jeff Scheuer describes one of the
current mattresses in Mattress To Go's lineup, the
Therapedic Exceptional Touch Henley Plush Pillowtop.



**Therapedic Kathy Ireland Kailua Ultra Plush**
MattressToGo  65 views  3 months ago

Mattress To Go owner Jeff Scheuer describes one of the
current mattresses in Mattress To Go's lineup, the
Therapedic Kathy Ireland Kailua Ultra Plush.



**Beducation® - Mattress Newspaper Ads: Fa**
MattressToGo  150 views  4 months ago

Mattress To Go owner Jeff Scheuer continues his
Beducation® series and explains the truth behind the huge
discount claims made by many retailers in their newspaper



**Therapedic Exceptional Touch Preston Plus**
MattressToGo  142 views  5 months ago

Mattress To Go owner Jeff Scheuer describes one of the
current mattresses in Mattress To Go's lineup, the
Therapedic Exceptional Touch Preston Plush.



**Therapedic Kathy Ireland Kailua Cushion Fi**
MattressToGo  94 views  5 months ago

Mattress To Go owner Jeff Scheuer describes one of the
current mattresses in Mattress To Go's lineup, the
Therapedic Kathy Ireland Kailua Cushion Firm.



**Therapedic Kathy Ireland Kailua Ultra Plush**
MattressToGo  91 views  5 months ago

Mattress To Go owner Jeff Scheuer describes one of the
current mattresses in Mattress To Go's lineup, the
Therapedic Kathy Ireland Kailua Ultra Plush Pillowtop.

Load 10 more videos

Report ▾

Help     About     Press & Blogs     Copyright     Creators & Partners     Advertising     Developers

Terms     Privacy     Safety     Report a bug     Try something new!

Language:  **English** ▾     Location:  **Worldwide** ▾     Safety:  **Off** ▾

# EXHIBIT

# E

**Kevin Butler** · Top Commenter · South Mountain Community College
nasty mfs
Reply · Like · August 14 at 1:03am



**Erika Vs Akire**
yuck
Reply · Like · August 13 at 8:41pm



**Zeel Phaggin** · Top Commenter · Michigan State/University of Michigan
Those muslim fellas wouldn't give a krap who they sell that Insert-A-Pee-Dic Love-Stain Mattress to. Al they care is their making money and sendin' half of to some Islamic Combat training Camp.
Reply · Like · July 26 at 12:25am



**Samer Hajj** · Macomb Community College
If you drive on Plymouth between Telegraph and Middlebelt you will find couple other stores selling refurbished mattresses and the owners are not Muslims. How do you explain that? I am wondering why rob picked ONLY on that Mattress store where he could also visited the other store just couple miles away. From all the above comments you are the only one bringing religion into this discussion. Cannot believe how dumb you are. What a sick fella.... just say something useful next time and keep religion on the side.
Reply · 2 · Like · July 26 at 11:03pm



**Zeel Phaggin** · Top Commenter · Michigan State/University of Michigan
We'll keep "that religeon" right where is belongs. They are being watched.
Reply · Like · July 27 at 10:17am



**Leslie Rowe** · Top Commenter · WCCCD
yuck
Reply · Like · July 25 at 10:54pm